UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| PAUL MOSS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:03-CV-400/1:99-CR-31 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Petitioner Paul Moss' ("Petitioner") motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Further, the Court **DECLINES** to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and **CERTIFIES** that any appeal in this matter by Petitioner would not be taken in good faith.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**